PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
A-98-CR-153-(2)

DOCKET NUMBER *(Rec. Court)*
08 CR 7026 -IEG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Xinidakis, David<br>Oceanside, CA | Western District | Austin |
| | NAME OF SENTENCING JUDGE: Honorable James R. Nowlin | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/01/06 — TO 07/31/11 |

08 MAY 30

OFFENSE
Count 1: Bank Robbery; Aiding and Abetting, in violation of 18 U.S.C §§§ 2113(a), 2113(d) and 2
Count 2: Using and Carrying A Firearm During A Crime Of Violence, in violation of 18 U.S.C §§ 924 (c)(1) and 2
Count 3: Conspiracy To Carry A Firearm During A Crime Of Violence; Aiding and Abetting, in violation of 18 U.S.C §§ 924(o) and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/29/08
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/30/08
*Effective Date*

*United States District Judge*

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

KENNETH O. YOUNG
Chief Probation Officer

495 La Tortuga Drive
Suite 200
Vista, CA 92081-4321
(760) 806-9353

08 MAY 30 AM 10:53

May 30, 2008

The Honorable Irma E. Gonzalez
Chief U.S. District Judge
Southern District of California
San Diego, California

Re: XINIDAKIS, David Israel
Dkt. No. A-98-CR-153(02) (WD/TX)
**TRANSFER OF JURISDICTION**

Dear Judge Gonzalez:

The purpose of this correspondence is to request a transfer of jurisdiction, in the above-named matter, from the Western District of Texas to the Southern District of California.

By way of review, on May 6, 1999, following his guilty plea to violations of 18 U.S.C. § 2113 (a), 18 U.S.C. 2113(d) &18 U.S.C. 2, Bank Robbery and Aiding and Abetting; 18 U.S.C. 924(c)(1), Using and Carrying a Firearm During a Crime of Violence and 18 U.S.C. 924(o) &18 U.S.C. 2, Conspiracy to Carry a Firearm During a Crime of Violence, Aiding and Abetting, Mr. Xinidakis was sentenced, in the Western District of Texas, to a total of 123 months in custody and five years supervised release. A copy of the Judgement and Commitment Order is attached for Your Honor's review.

Mr. Xindakis has not been performing well on supervision and has been chronically unemployed. Recently, however, his mental instability has become a great concern. The undersigned recently learned that he has demonstrated stalking behavior towards a fellow parishioner in his church for many months. On May 22, 2008, the victim obtained a restraining order against the releasee. On May 24, 2008, Mr. Xinidakis advised the undersigned via a telephonic message that he did not intend to comply with the order. He was subsequently arrested on May 25, 2008, for appearing at his church insisting that he would preach to the congregation. He was wrestled to the ground by church staff and security. The police responded and cited him for a violation of 166(a)(4)PC, Violation of Court Order. After his release, he walked back to the church and attempted to disrupt the congregation again. This time he was arrested and charged with a violation of 602(o)(1), Trespass. He has failed to advise the undersigned of his arrest. He has reported to church staff and the undersigned that God's law is above man's law. According to church leaders and a friend, his behavior is "escalating," and he believes God is speaking directly to him.

On May 29. 2008, The Honorable Judge Andrew W. Austin in the Western District of Texas issued a bench warrant based on the above-noted violations. Mr. Xinidakis was arrested on May 29, 2008, in Oceanside, California, by the U.S. Marshals Service.

Mr. Xinidakis is a life-long resident of Southern California. A transfer of jurisdiction from the Western District of Texas to the Southern District of California appears appropriate and will

lead to more efficient handling of the violation and future supervision, if ordered. The sentencing Judge has signed the Form 22s, agreeing to a transfer of jurisdiction. If Your Honor concurs, two Form 22s are attached for your signature. Please contact the undersigned at (760) 806-9356 if any questions arise.

Respectfully submitted,

KENNETH O. YOUNG
CHIEF PROBATION OFFICER

By: Kathy Schwarte

Kathy Schwarte
U.S. Probation Officer

Attachments: PSR, J&C, Form 22 and Petition for Warrant (WD/TX) dtd. 5/2/9/08

Reviewed by: Cynthia M Poblete

Cynthia M. Poblete
Supervising U.S. Probation Officer

for mic

COURT ACTION DESIRED:

X 1. Agree, transfer of jurisdiction to the Southern District of California.

_______ 2. Disagree, jurisdiction to remain in the Western District of Texas.

_______ 3. Other. __________________________________

__________________________________

[signature] for

The Honorable Irma E. Gonzalez
Chief U.S. District Judge

5/30/08

Date