# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
David Xinidakis )

CASE NUMBER 08CR7026 IEG

ABSTRACT OF ORDER

Booking No. 84746080

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/8/08

the Court entered the following order:

FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

X Defendant sentenced to TIME SERVED, supervised release ~~for ___ years~~ until 7-31-2010.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other.___

UNITED STATES MAGISTRATE JUDGE

OR

Received ___ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY